UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADAM McRUNNEL,

      Plaintiff,

v.                                  **ORDER**
                                   Civil File No. 11-755 (MJD/LIB)

BATCO MANUFACTURING,

      Defendant.

Kim E. Brust and Mara Brust, Conmy Feste Ltd., Counsel for Plaintiff Adam McRunnel.

Caryn A. Boisen and Mark A. Solheim, Larson King LLP, Counsel for Defendant Batco Manufacturing.

This matter is before the Court on Plaintiff's Motion in Limine [Docket No. 90] and Batco Manufacturing's Motion in Limine to Exclude Hearsay [Docket No. 96]. The Court has carefully reviewed all submissions and now makes the following rulings.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion in Limine [Docket No. 90] is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. Plaintiff's motion to exclude evidence that during his employment at J.R. Simplot, Plaintiff shut down machinery before cleaning is **DENIED**.
   b. Plaintiff's motion to exclude evidence of Plaintiff's prior workplace accident at J.R. Simplot is **GRANTED**.
   c. Plaintiff's motion to exclude evidence of Plaintiff's discharge from the North Dakota Army National Guard is **GRANTED**.
   d. Plaintiff's motion to exclude evidence of Plaintiff's injury at the North Dakota Army National Guard is **GRANTED**.
   e. Plaintiff's motion to exclude evidence of Plaintiff's termination from his employment with Amazon is **GRANTED**.
   f. Plaintiff's motion to exclude references to sexual health and fertility in medical records is **GRANTED**.
   g. Plaintiff's motion to exclude evidence that Plaintiff intentionally placed his hand in the nip point is **DENIED**.
   h. Plaintiff's motion to exclude evidence of defense's drawing of the "original" belt path is **RESERVED** to determine if a proper foundation is laid at trial.

2. Batco Manufacturing's Motion in Limine to Exclude Hearsay [Docket No. 96] is **DENIED**.


Dated:  June 14, 2013              s/ Michael J. Davis
                                   Michael J. Davis
                                   Chief Judge
                                   United States District Court